IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA WAYNE FEAGIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-717-WKW |
| ) | |
| 22ND JUDICIAL CIRCUIT DRUG ) | |
| TASK FORCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 20, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 26.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED;

(2)   The motion to dismiss (Doc. # 17) filed by the 22nd Judicial Circuit Drug Task Force is GRANTED;

(3)   The claims against the 22nd Judicial Circuit Drug Task Force are DISMISSED with prejudice and Defendant 22nd Judicial Circuit Drug Task Force is DISMISSED as a party to this cause of action;

(4) Defendant Jackson's motion to dismiss (Doc. # 12) is GRANTED regarding any claims for injunctive or declaratory relief and these requests for relief are DISMISSED without prejudice in accordance with the *Younger* abstention doctrine;

(5) Defendant Jackson's motion to dismiss (Doc. # 12) is DENIED to the extent it addresses Plaintiff's § 1983 claim for damages;

(6) Plaintiff's damages claim against Defendant Jackson is STAYED pending resolution of the related state criminal case proceedings; and

(7) The Clerk of the Court is DIRECTED to administratively CLOSE this case.

DONE this 10th day of February, 2016.

    /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE